APRIL 20, 1987

No. 86–1350. 423 SOUTH SALINA STREET, INC. *v.* CITY OF SYRACUSE ET AL. Appeal from Ct. App. N. Y. dismissed for

want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.